Eugene C. Kelley, Esq./56252
**Kelley & Polishan, LLC**
259 South Keyser Ave.
Old Forge, PA 18518
(570)562-4520
ekelley@kelleypolishanlaw.com
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BART C. CULLINS, SR, and VALERIE CULLINS | : : : | CASE NO: 5:07-51952(JJT) |
| | : | CHAPTER 13 BANKRUPTCY |
| Debtor(s) | : : | |
| GMAC | : : | |
| Movant(s) | : : | |
| BART C. CULLINS, SR. and VALERIE CULLINS CHARLES J. DEHART, III ESQUIRE | : : : : | |
| Respondent(s) | : : | |

_____

**Objection to Fifth Amended Plan**

Cambridge Management Group, LLC, Global Financial Credit, Personal Injury Funding, Fast Funds, Inc., Oasis Legal Finance, New Amsterdam Capital Partners, LLC, LRF Capital, LLC and Lawmax Legal Finance through counsel, object to the Debtor's Fifth Amended Plan for the same reasons articulated in their objection to Debtor's original plan, and incorporate herein by reference all of the assertions made in the Objection filed on November 5, 2007.

Date: <u>May 5, 2008</u>     s/Eugene C. Kelley
                             Eugene C. Kelley, Esquire
                             Atty. Id. No. 56252
                             **Kelley & Polishan, LLC**
                             259 S. Keyser Ave.
                             Old Forge, PA 18518
                             (570) 562-4520

Eugene C. Kelley, Esq./56252
**Kelley & Polishan, LLC**
259 South Keyser Ave.
Old Forge, PA 18518
(570)562-4520
ekelley@kelleypolishanlaw.com
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BART C. CULLINS, SR, and VALERIE CULLINS | : | CASE NO: 5:07-51952(JJT) |
| | : | |
| | : | CHAPTER 13 BANKRUPTCY |
| Debtor(s) | : | |
| | : | |
| GMAC | : | |
| | : | |
| Movant(s) | : | |
| | : | |
| BART C. CULLINS, SR. and VALERIE CULLINS CHARLES J. DEHART, III ESQUIRE | : | |
| | : | |
| Respondent(s) | : | |
| | : | |

_____

## CERTIFICATE OF SERVICE

    I, Eugene C. Kelley, Esquire, hereby certify that I served a copy of the foregoing Objection to Third Amended Plan in the above captioned matter by mailing the same First Class United States Mail, postage prepaid, on the date below, addressed to the following:

Charles J. DeHart, III, Esquire      Scott M. Wilhelm
Standing Chapter 13 Trustee      Winegar, Wilhelm, Glynn & Roemersma
PO BOX 410      305 Roseberry Street
Hummelstown, PA 17036      PO Box 800
    Phillipsburg, NJ 08865


Date: <u>May 5, 2008</u>      s// Eugene C. Kelley
    Eugene C. Kelley, Esquire
    Atty. Id. No. 56252
    **Kelley & Polishan, LLC**
    259 South Keyser Ave.
    Old Forge, PA 18518
    (570) 562-4520

G:\Leigh\Lawmax\Objection to 5th Plan.wpd