# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA-Wilkes-Barre, PA

### PROCEEDING MEMO/ORDER OF COURT
### HEARING

| **DEBTOR(S)** | **CHAPTER:** 13 | (CLERK'S OFFICE USE ONLY) |
|---|---|---|
| Valerie Cullins <br> Bart C. Cullins | **CASE NO.:** 5-07-51952 <br> **ADV NO.:** <br> **HEARING DATE:** 5/20/08 | FILED WILKES BARRE PA <br> MAY 2 0 2008 <br> Clerk, U.S. Bankruptcy Court |
| **CAPTION** | | |
| **MATTER** <br> Confirmation Hearing | **RECORD** ☒ | |
| **DOCUMENT NO:** 67 | **NO RECORD** ☐ | |

| Appearance(s) for Plaintiff/Movant | Appearance(s) for Defendant/Respondent | Other Appearance(s) | Other Appearance(s) |
|---|---|---|---|
| Scott Wilheim, Esq.  NP | James Jones, Esq.  P | | |

**DECISION:** ___ GRANTED  ___ DENIED  ___ DENIED WITHOUT PREJUDICE  ___ WITHDRAWN IN OPEN COURT
X SUSTAINED  ___ APPROVED  ___ TAKEN UNDER ADVISEMENT  ___ OVERRULED

___ Briefs Due from Proponent _____ within ____ days, otherwise, proceeding to be dismissed without prejudice.

___ Briefs Due from Opponent _____ within ____ days.

___ Settled - Stipulation within ☐ 30  ☐ 45  ☐ 60  ☐ ____ days. Otherwise, proceeding to be dismissed without prejudice.

___ Findings and conclusions dictated at close of hearing incorporated by reference.

___ Debtor to File Amended _____ within ____ days otherwise, upon certification ____ case is dismissed or ____ case is converted to Chapter 7.

___ TRANSCRIPT ORDERED BY _____

___ Reopen upon payment within 30 days of ____ required filing fee ____ an assessment in the amount of ____.

**CONTINUED TO:** (date) ____ (time) ____ (place) ____

AT REQUEST OF _____

**TRIAL/FINAL HEARING DATE SET:** _____

Discovery deadline: _____    Pre-Trial Motion deadline _____

___ Stay Continued Until Final Hearing

**OTHER:** Case is dismissed

NOTICE of this disposition is to be served by: _____

IT IS SO NOTED                             IT IS SO ORDERED

_____                  _____
Courtroom Deputy                           JOHN J. THOMAS, Bankruptcy Judge
Dated: 5/20/08                             X Mailing Not Required  ___ Mailing Required