```
                              UNITED STATES BANKRUPTCY COURT
                              MIDDLE DISTRICT PENNSYLVANIA
IN THE MATTER OF:                                                        PAGE    1
                                            )     CHAPTER 13
                                            ) CASE NO.      50751952 JJT
VALERIE & BART C CULLINS SR                 )
                                            )     DATE FILED: 08/02/2007
                                            ) DATE CONFIRMED:
21 PAWNEE COURT                             ) DATE CONCLUDED: 07/17/2008
GOULDSBORO, PA  18424          DEBTOR (S)   )
                                            )
-----------------------------------------------)


                           STANDING CHAPTER 13 TRUSTEE'S
                                  FINAL REPORT
                           NOT CONFIRMED(AND DISMISSED)


   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
------------------------------------------  ------------------------------------
                                             Amount       Paid
Claim Creditor's Name                        Allowed     to Date     Balance Due
------------------------------------------  ------------------------------------

REFUND TO DEBTOR
999 **VALERIE & BART C CULLINS SR           3,300.00    3,300.00           0.00
                                                       -------------
                                                        3,300.00
DEBTOR ATTORNEY
000 SCOTT M. WILHELM, ESQUIRE               1,174.00        0.00       1,174.00
                                                       -------------
                                                            0.00

--------------------------------------------------------------------------------
   TOTAL RECEIPTS         DISBURSED            TRUSTEE FEES         CASH ON HAND
      3,300.00            3,300.00                 0.00                 0.00
--------------------------------------------------------------------------------
```

```
                        UNITED STATES BANKRUPTCY COURT
                        MIDDLE DISTRICT PENNSYLVANIA
IN THE MATTER OF:                                                  PAGE    2
                                          )      CHAPTER 13
                                          ) CASE NO.     50751952 JJT
VALERIE & BART C CULLINS SR               )
                                          )    DATE FILED: 08/02/2007
                                          ) DATE CONFIRMED:
21 PAWNEE COURT                           ) DATE CONCLUDED: 07/17/2008
GOULDSBORO, PA  18424       DEBTOR (S)    )
                                          )
-------------------------------------------)

                         STANDING CHAPTER 13 TRUSTEE'S
                                 FINAL REPORT
                          NOT CONFIRMED(AND DISMISSED)
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.

```
                             ------------------------------------
                             CHARLES J. DEHART, III

                             PO BOX 410
                             HUMMELSTOWN, PA  17036
```

PRINTED  07/17/08